# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

STEVEN PAPASIDERO,

   Plaintiff,

-vs-                                             Case No.: 6:15-CV-678-ORL-22GJK

XEROX EDUCATION
SERVICES LLC,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Steven Papasidero, and the Defendant, Xerox Education Services, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 2nd day of December, 2015.

| | |
|---|---|
| /s/ Tav Gomez | /s/ Christine Son, Esq. |
| Octavio "Tav" Gomez, Esquire | Christine Son, XEROX |
| Morgan & Morgan, Tampa, P.A. | Vice President & |
| One Tampa City Center | Senior Corporate Counsel, |
| Tampa, FL 33602 | Office of General Counsel |
| Tele: (813) 223-5505 | Xerox Business Services, LLC, |
| Fax: (813) 223-5402 | 2828 N. Haskell Avenue, |
| Florida Bar#: 0338620 | Building 1, Floor 9 |
| Attorney for Plaintiff | Dallas, TX 75204 |
| TGomez@ForThePeople.com | Tele: (214) 841-6457 |
| | Fax: (214) 584-5525 |
| | christine.son@xerox.com |
| | Attorney for Defendant |

<u>/s/ Kelly Charles-Collins, Esq.</u>
Kelly Charles-Collins, Esq.
Hamilton, Miller & Birthisel LLP
150 Southeast Second Avenue
Suite 1200  |  Miami, Florida 33131
**O** (305) 379-3686 |  **F** (305) 379-3690
Attorney for Defendant